■
**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Toby C. PATTERSON, Defendant–**
**Appellant.**

**No. 00–30306.**

United States Court of Appeals,
Ninth Circuit.

March 4, 2004.

Nancy D. Cook, Esq., Office of the U.S. Attorney, Coeur d'Alene, ID, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. See

Gerald R. Smith, FPDWA–Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before NOONAN, TASHIMA, and TALLMAN, Circuit Judges.

### ORDER

Appellant's petition for panel rehearing is granted, with Judge Tallman voting to deny the petition. The opinion filed on May 16, 2002, and reported at 292 F.3d 615, is withdrawn.